428 A.2d 676

Commonwealth v. Carter, Appellant.

Reargument Denied Nov. 3, 1980.

Submitted March 23, 1979.   William R. Bernhart, for appellant;  J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

WATKINS, J., would affirm on the opinion of the lower court.